### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FILIMON RESENDEZ,** )<br>)<br>**Petitioner,** )<br>)<br>v. )<br>)<br>**MICHAEL ATCHISON, Warden,** )<br>)<br>**Respondent.** ) | 12-CV-583-DRH |

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Filmon Resendez, a state prisoner, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2004 conviction for murder in Cook County, Illinois circuit court. Petitioner asserts that he is actually innocent, claiming ineffective assistance of counsel for failing to investigate the alleged sexual assault of his daughter by the deceased murder victim, and for failing to obtain medical records of the assault to support a second degree murder defense.

Petitioner indicates that he has exhausted his state court remedies with respect to the claims raised in his federal habeas petition; furthermore, he appears to have filed his petition in a timely manner.

**IT IS HEREBY ORDERED** that respondent shall answer the petition or otherwise plead within thirty days of the date this Order is entered. This preliminary Order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness it may wish to present. Service upon the Illinois

Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), should all the parties consent to such a referral.

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. See FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**DATED: August 9, 2012**

David R. Herndon
2012.08.09
08:13:48 -05'00'

**Chief Judge**
**United States District Court**